MOUNTCREST ESTATES, INC., PLAINTIFF-PETITIONER, v. THE MAYOR AND TOWNSHIP COMMITTEE OF THE TOWNSHIP OF ROCKAWAY, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below 96 *N. J. Super.* 149.

*Messrs. Sherman, Ancier & Rosenstein* for the petitioner.

*Messrs. Harbaugh & Collester* for the respondents.

September 19, 1967. Denied.

FIORE GORGA, PLAINTIFF-PETITIONER, v. MAYOR AND COUNCIL OF THE BOROUGH OF FAIR LAWN, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Charles J. Kahwaty* for the petitioner.

*Mr. Floyd V. Amoresano* and *Mr. Robert L. Garibaldi* for the respondents.

September 19, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MARIO GHIDELLA, DEFENDANT-PETITIONER.

*Mr. Norman Fischbein* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. Barry H. Evenchick* for the respondent.

September 19, 1967. Denied.